LAW OFFICES OF SIMON HARTER, ESQ.
Simon Harter (SH-8540)
304 Park Avenue South – 11th Floor
New York, New York 10010
(212) 979-0250 – Phone
(212) 979-0251 – Fax
Attorneys for Plaintiff, Hudson Corporation, A.G.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
HUDSON CORPORATION, A.G.,

                              Plaintiff

   -against-

MED-ASIA SHIPPING (HK) LTD., a/k/a MED-ASIA
SHIPPING (HONG KONG) LTD.; MED-ASIA
SHIPPING LTD., a/k/a MED-ASIA SHIPPING, INC.;
and NEPA SHIPPING AGENCY (HK) LTD.,
a/k/a NEPA SHIPPING (HONG KONG) LTD.,

                              Defendants
------------------------------------------------------------------ x

JUDGE KAPLAN

07 CIV 5589

**RULE 7.1 STATEMENT**

      Plaintiff, HUDSON CORPORATION, A.G., by and through undersigned counsel, Law Offices of Simon Harter, Esq., and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it has no parent corporation and that no other publicly-held corporation owns 10% or more of its stock.

Dated: June 11, 2007

                                           **LAW OFFICES OF SIMON HARTER, ESQ.**
                                           Attorneys for Plaintiff,
                                           HUDSON CORPORATION, A.G.

By: _/s/ Simon Harter_____
      Simon Harter (SH-8540)
      304 Park Avenue South – 11th Floor
      New York, New York 10010
      (212) 979-0250 - Phone
      (212) 979-0251 – Fax