KAPLAN, J

LAW OFFICES OF SIMON HARTER, ESQ.
Simon Harter (SH-8540)
304 Park Avenue South – 11th Floor
New York, New York 10010
(212) 979-0250 - Phone
(212) 979-0251 -Fax
Attorneys for Plaintiff, Hudson Corporation, A.G.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/07

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

HUDSON CORPORATION, A.G.,

                                  Plaintiff

   -against-

MED-ASIA SHIPPING (HK) LTD., a/k/a MED-ASIA
SHIPPING (HONG KONG) LTD.; MED-ASIA
SHIPPING LTD., a/k/a MED-ASIA SHIPPING, INC.;
and NEPA SHIPPING AGENCY (HK) LTD.,
a/k/a NEPA SHIPPING (HONG KONG) LTD.,

                                  Defendants

07 Civ. 5589

**ORDER DIRECTING
CLERK TO ISSUE
PROCESS OF
MARITIME
ATTACHMENT AND
GARNISHMENT**

------------------------------------------------------------------ x

**EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT**

**WHEREAS,** on June 12, 2007, Plaintiff, HUDSON CORPORATION, A.G. ("Plaintiff") filed a Verified Complaint herein for damages amounting to $568,531.30, and praying for issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and,

**WHEREAS,** the Process of Maritime Attachment and Garnishment would command that the United States Marshal or other designated process server attach any and all of the Defendants' property within the District of this Court; and,

**WHEREAS,** the Court has reviewed the Verified Complaint and the Rule B Affidavit, and the conditions of Supplemental Admiralty Rule B appearing to exist, it is hereby,

**ORDERED,** that Process of Maritime Attachment and Garnishment shall issue against all claims, assets, cash, funds, credits, wire transfers, accounts, letters of credit, electronic funds transfers, freights, sub-freights, charter hire, sub-charter hire or any other tangible and intangible property belonging to, due, claimed by or being held by or for the Defendants by any garnishee(s) within this District, including but not limited to HSBC (USA) Bank; ABN Amro Bank N.V.; Deutsche Bank AG, and/or others, in an amount up to $568,531.30, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims; and, it is further

**ORDERED**, that any person claiming an interest in the property attached or garnished pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted; and, it is further

**ORDERED**, that supplemental process specifying other or additional garnishees enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and, it is further

**ORDERED,** that following initial service upon any garnishee by the United States Marshal or any other person designated or authorized by Order to make service in this action, subsequent and/or supplemental service of Process of Maritime Attachment and Garnishment may thereafter

be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served; and it is further

**ORDERED,** that each garnishee so personally served shall promptly furnish to the United States Marshal or to any other persons designated or authorized by Order to make service in this action, a facsimile number or an e-mail address at which supplemental and/or subsequent service may be made by verifiable electronic means and that such supplemental and/or subsequent service to the designated facsimile number or e-mail address shall be deemed service within this District; and it is further

**ORDERED,** that service on any garnishes as described above is deemed continuous throughout the day from the time of such service through the opening of the garnishee's business the next business day; and, it is further

**ORDERED,** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), each garnishee may consent, in writing, to accept service by any other means; and, it is further

**ORDERED,** that a copy of this Order be attached to and served with the said Process of Maritime Attachment and Garnishment.

Dated: June 1Y, 2007

SO ORDERED:

_____
U.S.D.J.

- 3 -