**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
HUDSON CORPORATION, A.G.,

        Plaintiff,                    **07 Cv 5589 (LAK)**

                                  **ECF CASE**

    -against-

                                  <u>**NOTICE OF APPEARANCE**</u>

MED-ASIA SHIPPING (HK) LTD.,
a/k/a MED-ASIA SHIPPING (HONG
KONG) LTD.; MED-ASIA SHIPPING
LTD., a/k/a MED-ASIA SHIPPING,
INC.; and NEPA SHIPPING AGENCY
(HK)LTD., a/k/a NEPA SHIPPING
(HONG KONG) LTD.,

        Defendants.

------------------------------------X

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for all of the above captioned defendants.

    I certify that I am admitted to practice in this court.

Dated:    New York, New York
           June 27, 2007

                                <u>/s/ Richard A. Zimmerman</u>
                                Richard A. Zimmerman (RZ-0963)
                                Attorney for Defendants
                                233 Broadway, Suite 848
                                New York, NY 10279
                                (212) 962-1818
                                (240) 218-6456