UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
HUDSON CORPORATION, A.G.,

          Plaintiff,          07-CV-5589 (LAK)

  -against-

MED-ASIA SHIPPING (HK) LTD., a/k/a MED-ASIA    STIPULATION
SHIPPING (HONG KONG) LTD.; MED-ASIA             AND ORDER
SHIPPING LTD., a/k/a MED-ASIA SHIPPING, INC.;  OF DISMISSAL
and NEPA SHIPPING AGENCY (HK) LTD.,            **WITH PREJUDICE**
a/k/a NEPA SHIPPING (HONG KONG) LTD.,

          Defendants
------------------------------------x

    It is hereby stipulated and agreed by the undersigned counsel of record, that this action is discontinued as to all parties with prejudice and without costs as to any party.

    It is further stipulated and agreed that, whereas on or about June 18, 2007, three wire transfers totaling U.S. $568,531.30 were properly attached at JPMorgan Chase Bank, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and this Court's Order dated June 12, 2007, these restrained funds shall be released and distributed as follows:

    a) In settlement of this action, JPMorgan Chase Bank is hereby ordered to immediately remit U.S. $180,000.00 of the restrained funds to Plaintiff, Hudson Corporation AG, at BNP Paribas (Suisse) SA, Place de Hollande, 2, Ch-1211 Geneve 11, Switzerland, account number 80139/1X, IBAN CH23 0826 4001 0801 3900 1, SWIFT: BPPBCHGG; and

    b) JP Morgan Chase Bank is hereby ordered to immediately remit the balance of the restrained funds, U.S. $388,531.30 to Defendant Med-Asia Shipping Ltd., at ABN

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/07

AMRO BANK, N.V., Hong Kong Branch, Account Nbr. 67 99 167,   Swift:

ABNAHKHH, Beneficiary: Med Asia Shipping Ltd.

The Clerk of the Court shall close this case.

Dated: New York, New York
       June 28, 2007

   Respectfully submitted,

For Plaintiff:

LAW OFFICES OF SIMON HARTER, ESQ.
Attorneys for Plaintiff,
HUDSON CORPORATION, A.G.,

By: _____
Simon Harter (SH-8540)
304 Park Avenue South – 11th Floor
New York, New York 10010
(212) 979-0250 (Phone)
(212) 979-0251 (Fax)


For Defendants:

By: _____
Richard A. Zimmerman (RZ-0963)
Attorney for Defendants
233 Broadway – Suite 2202
New York, New York 10279
(212) 962-1818 (Phone)
(240) 218-6456 (Fax)


SO ORDERED, this __2__ day of July, 2007.

_____
U.S.D.J.